UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | |
| | : | **VIOLATIONS:** |
| | : | |
| **STAFFORD OWENS,** | : | 18 U.S.C. § 1701 (Obstruction of Mails) |
| | : | |
| Defendant. | : | |

## INFORMATION

The United States informs the Court that:

Between in or about November 2003, and in or about January 2004, while in the District of Columbia, defendant Stafford Owens did knowingly and willfully obstruct the passage of mail by taking mail matter from a George Washington University mail room.

**(Obstruction of Mails, in violation of 18 U.S.C. § 1701)**

KENNETH L. WAINSTEIN
United States Attorney
For the District of Columbia

By  _____
RONALD W. SHARPE
Assistant United States Attorney
Fraud and Public Corruption Section
555 4th Street, N.W., Room 5828
Washington, D.C. 20530
202-353-9460