PROB 12B-ORDER-DC
(Rev 03/07)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

**FILED**

**JUL 1 7 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Stafford Owens**                                    Docket No.: 05-60M-01

05-603M-01

## REQUEST FOR COURSE OF ACTION
### (Modification of Conditions)

COMES NOW **Erin Byrne**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Stafford Owens**, who was placed on Probation by the Honorable **Alan Kay**, United States Magistrate Judge, sitting in the Court at Washington, D.C., on the **5th** day of **June, 2006**, who fixed the period of Probation at **five** years, and imposed the general terms and conditions of Probation theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1. Pay a $10.00 special assessment;

2. Pay restitution in the amount of $11,156.54, at a rate no less than $200.00 each month and provide verification to the probation office;

3. Shall not incur new credit charges, open additional lines of credit, or negotiate or consummate any financial contracts without the approval of the probation office;

4. Provide probation office with income tax returns, authorization for release or credit information, and any other business or financial information which there is control or interest; and

5. Mandatory drug testing suspended.

Stafford Owens appeared before the Court for sentencing on June 5, 2006, subsequent to pleading guilty to Obstruction of Mails. Mr. Owens was sentenced to five years probation. Supervision commenced on June 5, 2006, and is scheduled to expire on June 4, 2011.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Based on Mr. Owens financial status, a modification of conditions is requested to enable Mr. Owen to meet his financial obligation to the Court.

Mr. Owens signed a Probation Form 49- Waiver of Hearing to Modify Conditions of Probation agreeing to modification of conditions to reflect he shall pay restitution at a rate of no less than $100.00 per month.

OWENS, Stafford
Docket No.: 05-60M-01   05-603M-01
Page 2

Pursuant to Rule 32.1 Title 18, the United States Attorney's Office has been notified of the proposed modification and does not object.

Respectfully submitted,

Erin Byrne
United States Probation Officer
(202) 565-1356

Approved By:       _____
Shawn A. Suber, Supervising
United States Probation Officer

**Notice of Delivery To Parties:**

U.S. ATTORNEY'S OFFICE

Tasheeka Hawkins
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 353-2885

DEFENSE COUNSEL

Rita Bosworth
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

PROBATIONER

Stafford Owens