UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**FILED**
JUL 1 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Stafford Owens**

Docket No.: ~~05-60M-01~~
*05-603M-01*

### REQUEST FOR COURSE OF ACTION

**PRAYING THE COURT WILL ORDER** that the defendant shall pay restitution at a rate of no less than $100.00 per month beginning July 2007.

### ORDER OF COURT

Considered and ordered this ___16th___ day of ___July___, 2007.

_____
Alan Kay
United States Magistrate Judge

___07-16-07___
Date